**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 CAMAC FUND, LP, individually and on behalf of
all others similarly situated,

                                    Plaintiff,

           -against-                                                    26 **CIVIL** 1289 (JSR)

                                                                       **JUDGMENT**

NABORS ENERGY TRANSITION
SPONSOR II, LLC, et al.,

                                    Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 22, 2026, the Court grants the defendants' motion to

dismiss in its entirety; accordingly, judgment is entered for the defendants and the case is closed.

**Dated:** New York, New York

          June 23, 2026

                                                   **TAMMI M. HELLWIG**
                                         _____
                                                   **Clerk of Court**


                              **BY:**
                                        _____
                                                   **Deputy Clerk**